UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.                                         Case No. 09-14148

Melissa R. Brown,                Honorable Sean F. Cox

    Defendant.

_____/

## **ORDER**

This is a garnishment action stemming from a student-loan case. The Government previously obtained a judgment against Defendant Melissa Brown in this action.

On February 1, 2010, the Government applied for a writ of continuing garnishment (Docket Entry No. 11), seeking to recover funds held by Garnishee Michigan Department of Treasury. The clerk granted the writ on February 2, 2010. Before the Michigan Department of Treasury filed a disclosure, however, Defendant filed an objection to the garnishment and requested a hearing.

The parties appeared before the Court on April 20, 2010. At that hearing, the parties confirmed that the Michigan Department of Treasury has not filed an answer to the writ of garnishment, nor is it holding any funds owed to Defendant.

Accordingly, the Court hereby ORDERS that Defendant's objection to the writ of garnishment (Docket Entry No. 14) is OVERRULED.

The Court further notes that in her written submission to the Court (Docket Entry No. 14), and again at the April 20, 2010 hearing, Defendant indicated that she is permanently

disabled. In response, the Government indicates that, if it can confirm that Defendant is permanently disabled, Plaintiff's loan may be discharged and this action may be resolved. At the April 20, 2010 hearing, Plaintiff signed a release form so that the Government can obtain the necessary information from Defendant's physician.

                                            S/Sean F. Cox
                                            Sean F. Cox
                                            United States District Judge

Dated: April 20, 2010

I hereby certify that on April 20, 2010, a copy of the foregoing document was served upon counsel of record by electronic means and upon Melissa R. Brown via First Class Mail at the address below:

Melissa R. Brown (Johnson)
18201 South Drive, Apt 137
Southfield, Mi 48077

                                            S/Jennifer Hernandez
                                            Case Manager